```
                                                    [STAMP: IT IS SO ORDERED
                                                    AS MODIFIED
                                                    [signature]
                                                    Judge Edward J. Davila
                                                    UNITED STATES DISTRICT COURT
                                                    NORTHERN DISTRICT OF CALIFORNIA]
                                                    11/9/2011
```

1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant STRINGER

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA,         ) No. CR 11-00116– EJD
   |                                   )
12 |            Plaintiff,             ) **STIPULATION TO CONTINUE THE**
   | v.                                ) **SENTENCING HEARING FROM**
13 |                                   ) **DECEMBER 12, 2011 TO MARCH 5,**
   | MAX STRINGER,                     ) **2012; and, [PROPOSED] ORDER.**
14 |                                   )
   |            Defendant.             )
15 |_____)

16                              **STIPULATION**

17       Defendant and the government, through their respective counsel, hereby stipulate,

18 subject to the Court's approval, that the sentencing hearing currently set for December 12,

19 2011, be continued to March 5, 2012.  The reasons for the stipulation follow.  The defendant

20 lives in the Northern District of Illinois.  The government and the defense are continuing to

21 conduct additional investigation which could have an impact on the sentencing

22 recommendation by the parties in this case.  Additional time is needed to complete that

23 investigation, in part because a new investigator needs to be assigned to complete the

24 investigative tasks.    Defense counsel has discussed the continuance with United States

25 ///

26 ///

Stipulation to Continue Sentencing Hearing
CR 11-00116–EJD                              1

1 | Probation Officer Benjamin Flores and he has indicated to the parties that the March 5, 2012,
2 | date is acceptable.
3 | Dated: November 7, 2011

_____/s/_____
MANUEL U. ARAUJO,
Assistant Federal Public Defender

6 | Dated: November 7, 2011

_____/s/_____
HANLEY CHEW,
Assistant United States Attorney

## [PROPOSED] ORDER

The Sentencing hearing currently scheduled for December 12, 2011 is converted to a Status Conference and as such remains on calendar.

DATED: November 9, 2011

_____
HON. EDWARD J. DAVILA,
United States District Court Judge