| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | MANUEL U. ARAUJO |
| | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
| 5 | Counsel for Defendant STRINGER |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00116– EJD |
| | ) | |
| Plaintiff, | ) | STIPULATION TO EXCUSE MAX |
| v. | ) | STRINGER'S APPEARANCE ON |
| | ) | DECEMBER 12, 2011, PURSUANT TO |
| MAX STRINGER, | ) | RULE 43(b) OF THE CRIMINAL RULES |
| | ) | OF CRIMINAL PROCEDURE |
| Defendant. | ) | |

**STIPULATION**

Defendant and the government, hereby stipulate subject to the Court's approval that the defendant Max Stringer's presence at the December 12, 2011, status hearing be excused pursuant to Rule 43 (b)(3) of the Federal Rules of Criminal Procedure. The reason for the stipulation is that the defendant lives in the State of Illinois. He is twenty years of age, and currently does not have steady income. Incurring the cost of travel will be a significant hardship. As his signature attests, he has been advised as to the nature of the hearing, and that his attorney has asked that the Court continue the sentencing to March 5, 2012. The defendant has been advised that his attorney needs additional time to investigate and prepare the sentencing mitigation portion of the case, and that there are outstanding issues which need to be

investigated prior to sentencing. By his signature, he agrees that the hearing may be held and further agrees that his attorney may represent him in his absence.

SO STIPULATED.

Dated: December 6, 2011.

                                       /s/
                           MANUEL U. ARAUJO
                           Assistant Federal Public Defender

Dated: December 6, 2011.

                           MAX STRINGER

Dated: December 6, 2011

                                       /s/
                           HANLEY CHEW,
                           Assistant United States Attorney

### [PROPOSED] ORDER

WHEREFORE, based on the above, the COURT HEREBY ORDERS that the defendant Max Stringer's presence at the hearing set for December 12, 2011, is excused pursuant to Rule 43 (b)(3) of the Federal Rules of Criminal Procedure.

DATED: December 9, 2011

                           HON. EDWARD J. DAVILA,
                           United States District Court Judge