MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HANLEY CHEW (189985)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00116 EJD (PSG) |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING |
| v. ) | |
| MAX STRINGER, ) | |
| Defendant. ) | |

     The parties hereby request that the Court enter the proposed order continuing defendant Max Stringer's sentencing from October 15, 2012 to November 26, 2012. The parties, including the defendant, stipulate as follows:

1.    Defendant's sentencing is currently scheduled for October 15, 2012.

2.    The United States Probation Office is awaiting additional information from the defense which has delayed the issuance of the Presentence Report (PSR). The defendant and defense counsel will need additional time to review the PSR when it is issued. In addition, defendant and defense counsel also need additional time to investigate other matters to prepare for sentencing.

4.    The Probation Officer assigned to this case does not object to this continuance and

STIP & [PROPOSED] ORDER
U.S. v. STRINGER, No. CR 11-00116 EJD

anticipates that he will be available on November 26, 2012.

IT IS SO STIPULATED.

DATED: September 26, 2012        /s/ Manuel Araujo
                                 MANUEL ARAUJO

DATED: September 26, 2012        /s/ Hanley Chew
                                 HANLEY CHEW
                                 Assistant United States Attorney

## [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court orders that defendant Max Stringer's sentencing be continued from October 15, 2012 to November 26, 2012.

IT IS SO ORDERED.

DATED: 9/28/2012

THE HONORABLE EDWARD J. DAVILA
United States District Cout Judge