MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HANLEY CHEW (189985)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00116 EJD (PSG) |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO CONTINUE SENTENCING |
| v. ) | |
| ) | |
| MAX STRINGER, ) | |
| ) | |
| Defendant. ) | |

The parties hereby request that the Court enter the proposed order continuing defendant Max Stringer's sentencing from November 26, 2012 to January 14, 2013. The parties, including the defendant, stipulate as follows:

1. Defendant's sentencing is currently scheduled for November 26, 2012.

2. The United States Probation Office is awaiting additional information from the defense which has delayed the issuance of the Presentence Report (PSR). The defendant and defense counsel will need additional time to review the PSR when it is issued. In addition, defendant and defense counsel also need additional time to investigate other matters to prepare for sentencing.

IT IS SO STIPULATED.

STIP & [PROPOSED] ORDER
U.S. v. STRINGER, No. CR 11-00116 EJD

DATED: November 14, 2012        /s/ Manuel Araujo
                                MANUEL ARAUJO

DATED: November 14, 2012        /s/ Hanley Chew
                                HANLEY CHEW
                                Assistant United States Attorney

## [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court orders that defendant Max Stringer's sentencing be continued from November 26, 2012 to January 14, 2013.

IT IS SO ORDERED.

DATED: 11/16/2012               _____
                                THE HONORABLE EDWARD J. DAVILA
                                United States District Cout Judge